# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VAUGHN JOHNSON,

    Petitioner,

vs.

ATTORNEY GENERAL OF THE UNITED STATES, et al.

    Respondents.

Case No. 2:17-cv-00422-RFB-GWF

**ORDER**

    Petitioner has filed an application to proceed in forma pauperis (ECF No. 1). The court finds that petitioner is unable to pay the filing fee.

    In his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, petitioner challenges the validity of an order removing him from the United States. To the extent that judicial review of this order is available, it is through a petition for review filed in the Court of Appeals for the Ninth Circuit, not through an action commenced in this court. 8 U.S.C. § 1252. This court does not have jurisdiction to consider plaintiff's claims. The court makes no statement about the merits of, or procedural defenses against, any petition for review that petitioner files with the court of appeals.

    The court denies petitioner's other motions because it lacks jurisdiction.

    To the extent that a certificate of appealability is necessary, reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

1     IT IS THEREFORE ORDERED that the application to proceed <u>in forma pauperis</u> (ECF No. 1) is **GRANTED**. Petitioner need not pay the filing fee of five dollars ($5.00).

    IT IS FURTHER ORDERED that the clerk of the court shall file the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    IT IS FURTHER ORDERED that petitioner's motion for leave to proceed <u>in forma pauperis</u> to file show cause emergency motion (ECF No. 3), motion for leave to file amend/correct supplement (ECF No. 4, ECF No. 5, ECF No. 6), and motion for leave to file emergency motion (ECF No. 7) are **DENIED**.

    IT IS FURTHER ORDERED that this action is **DISMISSED** for lack of jurisdiction. The clerk of the court shall enter judgment accordingly and close this action.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

DATED: September 30, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge